IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARN INDUSTRIES, an Oregon corporation,

        Plaintiff,

    v.

CHAMPION POWER EQUIPMENT, INC., a California corporation,

        Defendant.

2:08-cv-02595-GEB-DAD

ORDER RE: SETTLEMENT AND DISPOSITION

Plaintiff's Notice of Settlement filed on April 1, 2009, states "the parties in this action have reached a settlement," and that "the settlement will be completed next week so that the parties may file the Stipulation no later than April 10, 2009." Therefore, a dispositional document shall be filed no later than May 1, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/ / /

1

The status conference scheduled for April 13, 2009, is reset for hearing on June 1, 2009 at 9:00 a.m., in the event that no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: April 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).